## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 18-10019GVL1 KKS  
**Case Name:** PRIORIA ROBOTICS HOLDINGS, INC.

**Period Ending:** 12/31/21

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 02/14/18 (c)  
**§341(a) Meeting Date:** 04/04/18  
**Claims Bar Date:** 06/01/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at Wells Fargo Bank, N ACCT #2700<br>Imported from original petition Doc# 47 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Business Checking Account at Bank of America, xx ACCT # 7113<br>Imported from original petition Doc# 47 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Prioria Robotics, Inc., 100% ownership<br>Imported from original petition Doc# 47 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | **Assets** **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

READY TO CLOSE AFTER TFR ON PRIORIA ROBOTICS, INC

10/15/21-FINAL TAX RETURNS FILED

4/5/21-AMEND IR  
CASE REMAINS OPEN AS IT IS THE HOLDING COMPANY FOR PRIORIA ROBOTICS, INC WHICH IS BEING ADMINSITERED. A TAX RETURN MAY BE REQUIRED UPON COMPLETION.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-10019GVL1 KKS  
**Case Name:** PRIORIA ROBOTICS HOLDINGS, INC.  

**Period Ending:** 12/31/21

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 02/14/18 (c)  
**§341(a) Meeting Date:** 04/04/18  
**Claims Bar Date:** 06/01/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2019   **Current Projected Date Of Final Report (TFR):** December 31, 2022